**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1339**

WANDA ELAINE SMITH-JETER,

       Plaintiff - Appellant,

   v.

CITY OF COLUMBIA,

       Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (3:10-cv-01188-JFA)

Submitted:  June 21, 2012         Decided:  June 25, 2012

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wanda Elaine Smith-Jeter, Appellant Pro Se.  Peter Michael
Balthazor, OFFICE OF THE CITY ATTORNEY, Columbia, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wanda Elaine Smith-Jeter appeals the district court's order adopting the magistrate judge's recommendation and dismissing her civil suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Smith-Jeter v. City of Columbia</u>, No. 3:10-cv-01188-JFA (D.S.C. Mar. 8, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>